# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO SOSA NAVA,<br><br>       Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. ED CV 14-2263 MRW<br><br>JUDGMENT |

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: June 1, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE